Case Codes: Article 1 Wisconsin Slavery Laws

Rico Laws ga code 40 6 181

Court File No

Angelia R. Konczal,

an Employee

      Plaintiff.

St. Croix Casino Turtle Lake,

a Business Entity,

      Defendant,

U.S. Government,

      Defendant,

By and for the complaint against Plaintiffs, Angelia R. Konczal ("Plaintiffs") at,

Defendant, St. Croix Casino Turtle Lake, ("Defendant"), states as follows:

## Declaration of Parties and Venue

1. Plaintiff is an employee under the laws of Wisconsin for Indian Gaming Compacts.
2. Defendant is a business entity who, on information and belief, is organized under the laws of Wisconsin with an address of 777 US Hwy 8, Turtle Lake, Wisconsin, Postal Code 54893.
3. This Court has jurisdiction as the action which gave rise to the complaint occurred substantially in Wisconsin, County of Barron.

**Summery of complaint**

Exemption  for Statute of Limitations

 The following scenario that took place and Plaintiff was subjected too was

designed to keep hard working Citizen working on Native American Reservation's

from being able to compete with them legally off Reservation under current

gambling laws by not having to agree to follow and uphold Federal Standards to

pay correct wage standards and none existent slave wages.  After being fired at St.

Croix Casino Plaintiff suffered a head on collision while being medicated from Title

19 medications over having complained about being expected to receive

counterfeit monies at St. Croix Casino..  Title 19 was topped as slave wages while    *ARK*

an ongoing film usage of Plaintiff took place without pay. *And then had head on*
*collision on med.*

Treaty's for Compact goals for Indian Tribes to become self-sufficient with an

income in which they can be recognized by Tribal names using Gaming fail to meet

goals when Plaintiffs, Angelia R. Konczal, is fired for spreading unsubstantiated

rumors and requires calling Federal Law enforcement for assistance to be given

only a hospital leave only plan under Title 19 without bodily repairs caused from

the work hazards. Plaintiff is then required to continue working indefinitely for Entity as a Charity upon leaving instead of Entity required to have a hazard free authenticate able money and accounting systems for trade and payment to US Citizens (Angelia R. Konczal is not a registered Tribal member nor born on a Reservation) over refusing to stay and deal as an unlawful under paid employee and with no rights to deny counterfeit monies with safe procedures to prevent unsubstantiated claims and allow investigations to remain ineffective over which prevented Angelia R. Konczal to have rights to collect real earned monies and damages for unauthorized training film and ability to go before the court with proof of under paid standard of set wages.

Plaintiff was placed under Title 19 with no attorney available for problems and expected to remain committed indefinitely in order to receive wages owed but not allowed to use money's earned in a manner that was healthy for Plaintiff nor payment of correct wage amounts with damages for amounts owed in order to recover successfully and not need medication or services. By Plaintiff not required to accept substantiated monies made for Entity in order to seek and receive correct labor standard amounts has allowed the blatantly ignored substandard wage scale by the Government to continue unchecked and protected in order to set inappropriate wage standards using these practices. Which remains so hiding behind the rights to use the means of non-existent or ignored Rico Laws to prevent racketeering and other crimes to go on within a workplace and infringe on Casino business as competing businesses under it's roof and or force products for points rather than customers to be able to set percentages for winnings and Entity use other means to attract customers in order to pay correct wage standards. This is a practice giving gambling a bad name as cheaters and drug distribution centers only facility rather than being able to use winners for customer attraction and giving respect to the creative markets and use limited designated tables for these products for the lesser ability when taking them in as trade from gambling losers on markers in order to be able to raise wages to appropriate levels of labor standard. This held Plaintiff and customer's subject too with no means around problems are upheld by and along with an inaccurate? and none validate able for an

unaccountable accounting systems none report able of their own for third class gambling to allow skimming within Department and none reportable to Tribe and Government which remain bi-sexually orientated biased systems in which have not proven to prevent loss, theft, or counterfeit incomes that are verify able with individual dealers in order for dealers to have rights to their own name without being expected to marry Native Americans in order to get paid correct wages.  In response to complaint Plaintiff was drugged for years for having too extensive of over-time over the problem causing damage to Plaintiff's body and suffered even more from sleep deprivations as the problem was allowed to follow her from one employer to another from an Entity not having to do anything about counterfeit monies to the point of trying to pay Plaintiff with such so Plaintiff was forced to quit new jobs acquired elsewhere and accept a Social Security income and no rights to earnings in order to have funds to eat and that's all by law in order for Plaintiff to maintain some order of health while not allowed to accomplish Plaintiffs own personal goals that had meaning.  This made it impossible for Plaintiff to acquire means without being subject to hospital only plans under Title 19 to bring suits sooner that made actual wage difference in order for reporting such problems as this is the standard for a company complaints for witness protection rather than public having to agree with workers being paid correct wages for their employees whether at a Family B or large Corporation and stay out of a hospital is still slave labor  With no rights or means other than using hospital systems too file lawsuit over forced commitments when complaining for refusal to give up Plaintiffs name which did not stop the problem even with a sex change but devices and or procedures do setting new standards for the Casino industry it is ridiculous to expect Plaintiff to work infinitely unpaid as a slave on social security to collect earnings for such Statutes of Limitations to exist for such problems in order to insure that these problems do not get solved and Plaintiff is expected to work infinitely unpaid by training them to keep up a problem. Plaintiff rights to earned incomes required inter-action with care givers not interested in Employees receiving correct wage standards for them to remain worthless and nothing but abusers to the working class as long as the problem is allowed to continue

throughout businesses with the help of the Government for hospital income reliance and growth and nothing of value and meaning for reasons to meet anyone. Plaintiff is expected to remain as such and to give them a job instead of rights to earnings has prevented Plaintiff from collecting on slave wages as long as Plaintiff remained subject to such persons and was given extensive drugging for added pain rather allowed recovery causing even more depression over no rights to family, property, or personal rights to enjoy what Plaintiff wanted for activity with Plaintiffs own earnings to feel good about Plaintiffs self without extensive drugging so Plaintiff could be prevented from income and rights to a home and family and nothing more than community outings only so a home was not allowed or respected to be enjoyed and have a family to be proud of what Plaintiff earned. With the ability to drug and prevent wage suits using counterfeit by the public for social only incomes allowed has prevented Plaintiff from collecting incomes all the way back to a year old. away from drugging to write a lawsuit and enjoy time off that was earned and never offered anything more than a disabilities income designed to prevent lawsuits and allow stealing to go unchecked from stopping of problems by insuring Statutes of Limitations don't run out for Plaintiff.  To have a earned viable income and no health allowed from work efforts to prevent competition when leaving an Entity for collection on earned incomes by using no health allowed social incomes for workers as income is still slave labor from the original Title 19 commitment followed by three car accidents due to drugs from them to allow a problem not creativity to get paid.  Not for reasoning to make something with someone which make this Country worthless to Plaintiff if everyone is going to prefer crime as an income when Plaintiff has a solution for a problem to prevent it.  With the problem being allowed to follow including going into business afterwards with no rights to earnings and correct wages other than slave labor over original Title 19 commitment monies which neither paid Plaintiff correct wages earned nor allowed Plaintiff the rights to get Her own once home and retired from someone else's establishment with earned monies from under them with a no pay policy social only drug incomes which extended recovery beyond Statute of Limitations if Statute is considered correct with no rights to ability's to comprehend

or maintain without services after complaining of refusal to accept counterfeit monies and work for free in order for laundering? Skimming? And remain question able. To go on so Tribe didn't have to pay for unauthorized filming and Plaintiff suffering from further injury under the hospital care plan while enduring pain after acquiring physical damages from work problem that were never repaired. Also natural repair time do to drugging with anit-depressants and false happiness to prevent drive for real physical health over things Plaintiff enjoyed extends beyond normal Statute of Limitations which was formulated by drugging Plaintiff extensively for no rights to complain over problems or for Plaintiffs to file lawsuits for unpaid wages only hospital only planning and was held over under forced commitments under hospital care plans of ending up with the fact Plaintiff had nowhere to call from or persons that could be trusted to report too counterfeit monies or expectations of handling such funds and Entity doesn't and isn't required to carry the new devices that only solve half the problem of counterfeit and not skimming or counting real money and tips individually to have devices or safe policies for refusal of such funds in order for employees to take a stand against inappropriate wage standards. Without Entity claiming they only have received counterfeit but no fund claims leaves only skimming from employees or not firing none productive workers just wanting free rides which shouldn't be the Plaintiffs problem . For commitment only plans to not remain on Welfare while working that did not pay in Plaintiffs case before and afterwards event of lawsuit for correct earnings. Plaintiff was still working slave labor and or did not have the funds to pay such wages without paying in counterfeit monies over not being allowed childhood earnings over social partiers expecting rights to marry creative people by allowing stealing of Plaintiffs childhood toy of the water ring float seat manufactured without Plaintiff after stolen throwing Her into child labor with sexual abusers leaving Plaintiff for dead over complaining in order to prevent lawsuits from the family and Plaintiff so no one had to do anything including Plaintiffs ex by using up funds for court expecting rights to marry creative by not being creative or having to do anything in order to get wife to serve Him alcohol at home for refusal to bar service and no payment of childhood earnings. Topped off with slave

breeding wages after divorce when Plaintiff was old enough to get away by ex-husband not having to live up to original child support agreement or alimony from an underage marriage after getting beaten up for refusal to serve His kind that were expected to be suitors with rights to sex acts by being customers that wanted to marry and had money by parents not suing on Plaintiffs behalf as a child. But then had Plaintiff's divorce income cut from original decree by taking a new wife for refusal to marry His kind in the first place or serve them because Plaintiff was a creative person not a social person by forcing marriage not paying work on the Resort with a wage because Plaintiff was too young for it. Fifty years of slave labor and forced breeding to someone you abhor is kind of long time for being productive as a child and being able to communicate with moves and smiles for toys to be developed and then stolen and thrown into child slave labor and drunks trying to kill or sexually abuse creative children or breed is kind of long time with no rights love forcing social drunks needing slaves at home in-between drugs for marriages to them over having money from parents not suing or keeping Plaintiff in hospital or Foster care with it . There are men's and women's products for goodness sakes. Expecting Plaintiff to participate in a marriage with no reasoning towards contribution to make anything new together over it to marry which placed Plaintiff in position of a social breeding dish with no reason  marry  yet alone have sexual relations or meet anyone doesn't make sense to Plaintiff. To be placed on social security for having been creative doesn't make sense to Plaintiff to be subjected too same treatment in hospital but without sexual contact during due to a sexual inaccurate sexually biased accounting systems and or were fired for complaining over none shared work efforts to get their own paid under filming but was expected to support them like she came out of the same dish breeding program so individuals that are creative and weakened from work  are allowed to be easy targets from those who don't and are not respected for it and denied health by no payment systems and not recognized to have a different name that may as well have been out of the same breeding dish with no name differences but was instead drugged to support their differences rather a right to earned earnings within a workplace to get our own family and be responsible for it.  Which brings me back to

the fact being committed for complaining of laundering? Skimming? is in violation of why we agreed to recognize each Tribe with different names and get their own income on Reservation lands when they committed me for complaining when I wasn't paid for filming over the problem and given and indefinite social security income by allowing the problem. But by not solving the problem as real instead of by and for none working workers that parents were not made to be responsible for without same input efforts to job creations to get social only organization to get rid of people that was biased towards families with no respect and safety allowed for creative people being forced into these jobs like Plaintiff was to prevent leaving in order to create harmful irresponsible social only organizations hiring. That would end in requiring deaths only for having bred if everyone built a pyramid for food only with no creative growth over it other than crime to steal from us to protect these social death only breed shows of kill or be killed over it which is against the Plaintiffs beliefs. Government cooperates with racketeer rights not requiring devices or systems mentioned in order not to have to pay correct wage standards and Entity is given time and means to destroy any evidence of crimes within the workplace against other employees for complaining about customers. Plaintiff feels Entity should retain the right to sue Government for inappropriate too low set wage standards on behalf of their own Tribal members that have worked there or affected by it over Government not requiring safe means to prevent problems in the first place to insure Government follows through to prevent death only breed shows in the workplace to work for. Plaintiff feels threatened by Entity, Government and customer for lack of money handling standards and is committed to hospital for reporting such problem over the problem of no set standards of handling and reporting problems procedures as with slot machines so Entity is not required to pay filming for training taken of Plaintiff. Government is therefore allowing  Entity to operate as a Charity without paying workers wages as if they were a Convent or Monastery to acquire free labor over the problem by using no set money handling policies of inability to pay by allowing skimming of wages in one Department when they are not capable of running a profitable business to pay workers wages and or outright refusal to pay wages for labor and hording where it isn't earned to create

unwanted hostile relationships and environments.  Which were further clearly used against Plaintiff to prevent Plaintiff's success elsewhere to prevent collection of wages and payments wages by leaving once filming took place as a competitor against Herself not Entity instead rights to refuse filming for training or paid value asked.  Fire at Will clause was not viable for Plaintiff to use in order to walk away from Entity prior to problem occurring without causing injury to self and not stay for promotion only reasoning in order to have enough funds and means to make wage complaint. Plaintiff contends if the claim was unsubstantiated there was no need for a firing when management did not give response to Plaintiffs report of laundering expecting investigation and answer before having to seek knowledge from other employees if they were having the same problem instead of getting back an answer of rumor spreading by not having to answer complaint trying to say I was the one instigating unsubstantiated rumors when they don't have to answer claims of laundering counterfeit to Blackjack Dealers by customers of Plaintiff that needed further investigation of why answer where there was plenty of room for it was never given Plaintiff for complaint with no explanation of why to call the Plaintiff the problem of starting unsubstantiated rumors doesn't make sense.  This process provided ways and means for Entity to operate as a Charity and go unchecked without pay to employees and to oppress correct labor wage standards and filming without pay in the workplace to an industry that changes need to be made for the sake of all Parties involved including customers. These are standards that need changes in order for us to remain in trade as Americans on National and Inter-national levels as employees to work with correct labor standards around the World without the needs weapons for transfer and flow of funds in this industry to prevent slavery to Americans that seek jobs abroad on an Inter-National level not just Reservations and National that it is no accident that the problem should need to be solved using Native American Casino's for employment and customer participation over problems abroad that take years for our people to be able to unravel or keep an eye on without being subjected to poor health to solve nothing or send our men to the grave working abroad over the problem inappropriate labor wages for a variety of reasons mentioned

## STATEMENT OF FACTS COMMON TO ALL COUNTS

EEOC labor standards were not met under Compact to hire and maintain a diverse labor force under the Compacts and require rules be set for the following reasons:

Skilled labor:

noun Labor that requires special training for its satisfactory performance.

Blackjack Dealing requires special training.

Adjustments for wages that are not covered under current wage standards of Blackjack Dealers and all other card within the Casino games.

1. High turn over rates did not account for standard to be set on amount of money each skilled person was expected to generate for Casino over type of Casino shuffle used by Casino before determining the value of what each employee was worth.

2. In order for them to be identified as anything other than bank tellers at minimum interest for Entity to earn as a Casino but is only paying bank teller wages counting back cashed checks

3. Casino does not consider the fact they are more than a teller defining labor standard above bank teller not paying as a bank teller responsible for handling cash back and forth changing to more than one customer at a time.

4. Labor standard payment does not include security responsibility on table of card dealer.

5. Labor Standard is not figured with more than exchanging money considering card dealing responsibilities movements of a grocery teller.

6. Labor Standard for a grocery teller does not include scanning items for more than one person at a time before changing money.

7. Labor Standard does not cover different levels of skill for wage increases only standard of living raises or promotions.

8. Labor Standard does not cover value of skills for Casino which make individual

tips so valuable to prevent pooling and Casino's worth grow

9   Labor Standard does not cover differentiate between amount of persons dealt

too in a day coupled with amount of skill to prevent hospital plans thrown on

other under a shared pool for medical insurance

10. Labor Standard does not cover extended over-time to solve problems or right

to refuse and use skills to get their own over untaught skills and abilities.

11.   Plaintiff refers to Management as the Entity because Tribe retains rights to change

Management to meet employees and Tribes need under the Compact.

12.   The Plaintiff is a waitress, cook, cleaning person, with order and stocking duties at

New Richmond Golf Course Restaurant, which brings potential customers to Entity

looking for variety of entertainment and is hired as such by Entity to provide

customers with waitress service and is hired at a rate hirer than the going rate over

potential customers gambling and unable to pay and has prior experience so that

no training will be required by them.

13.   Plaintiffs is showing for application is ready, able, and willing to work.

14.   Plaintiff is hired with a mutual agreement to make money with Entity with no cap to

tips as an incentive as employee can not maintain or contribute to shelter at fifteen

dollars per day after car expenses.

15.   No agreement for filming and training is signed and Plaintiff is hired for graveyard

shift for rights to work for current employer and is told prior experience in other

Departments such as this are required before entering Blackjack Department with

no explanation of requirement and no explanation of notification.

16.   Plaintiffs was referred to Entity by own customers when they explained why they

were not patronizing as often from other job from Entity participation.

17.   No advertisement for job was viewed prior to application.

18.   Plaintiff has gone to Wisconsin public Schools to understand the adoption of laws

to educate but is not a certified teacher.

19.   Plaintiff does not view Entity as a Charity, to sign agreements to work for free or to

agree with forced unwanted marriages for shelter to agree and is not presented

with any contracts to work for free at this time.

20.   Plaintiff can be "Fired at Will" or quit without reason according to Wisconsin State

Employment Law.

21. Plaintiff handle's cash.

22. Plaintiff can count cash.

23. Plaintiff recognizes Entity Owners as leasor(s) hiring that pay State income taxes as Plaintiff does but is hired under Federal Laws of Entity Owner and does not require fingerprinting for work.

24. Entity and Plaintiffs use own security.

25. Plaintiffs transfers to second shift when nightshift declines to find reason for decline.

26. Plaintiffs transfers back to nightshift when problem is spotted by Plaintiff on second shift when Management of Casino shows with comp guest during prime time and then requests transfer back to graveyard shift to maintain holding two jobs before transferring and is not offered payment to correct situation for Plaintiff to be required to go through Blackjack Department to correct any problems.

27. Plaintiff changes department after Restaurant management gives personal friends comps during prime time to lesson flow third shift  and jeopardizes security of those going for social security with prime time comps during and is placed back on nightshift in the interim after making tip claims after event and then requests transfer to Blackjack Department and is granted so.

28. Plaintiff informs Defendant of family members with prior residence and addiction too gambling in Las Vegas and knows how to play game.  Plaintiff is asked to agree with not dealing to family members.  Plaintiff agrees Plaintiff is there to earn a living.

29. Plaintiffs receives training in shuffle and procedures for payout and work structure training

30. Plaintiff finishes training and is officially hired and transferred to Blackjack Department and is paid little above minimum wage for skilled labor for training in Blackjack Department.

31. Plaintiff refuses demand to sign contract for filming and pictures after Plaintiff is trained for Blackjack and has time money invested and cannot quit too recover losses.

32. Plaintiff has prior knowledge in the game of Blackjack and is quickly advanced after initial hiring from a three dollar table to a five dollar table and so on up.

33. Plaintiff informs security that Plaintiff is not making more in Blackjack Department than waitressing at time of transfer when having to make move over rate of decline and withholds solution when no amendments to wage agreements are offered. Defendant offers explanation of Gambling being under a seven year cycle for Plaintiffs to have incentive. Filming for training has not yet taken place at this time to the knowledge of Plaintiff.

34. Plaintiff is notified by co-workers that Defendant runs ads for employment more than fifteen minutes away from Entity.

35. Plaintiff is asked to submit fingerprints and ignores request.

36. All Blackjack dealers are required to submit fingerprints to remain employed and Plaintiff ignores request in order to prevent working off Reservation for Native American's instead of getting to open Her own Casino should she choose so later rather than working for someone else

### Statement of facts of Breach of Contract

37. Plaintiff restates and reaffirms statement common on all accounts.

38. Defendant breaches contract by bringing in customers using Comps during prime time breaching Plaintiff retirement security as means to other things.

39. Defendant ignored the Tribes off Reservation land duty's for Plaintiffs rights to Independence under our Constitution EO to make money with Entity so Plaintiff is required to go through adjoining Reservation land for what is being done to their business affecting annexed Entity and make complaints for changes which was making a Fire at Will none existent safe means for everyone to leave by as long as Defendant was manipulating flow of customers and security for retirement with Comps during prime time with Big Whales. Another words Plaintiff is required to work on Reservation land when showing for work as a waitress on annexed or forfeit all rights to sustaining current earnings and finds Entity is not willing to pay wages to accommodate or instill wage policy's for Plaintiff needs to protect industry secrets to enter into their Department

40. Plaintiff is asked to sign contract for filming and pictures and is already trained with

money invested and is not required training to sign contract for any existing promotions for already preformed and established services or training of others to receive the same wage in either Department when transfer takes place and refuses when offered taking Blackjack only without signing for new promotions for a Class action suit already in play so Defendant is now made aware. Plaintiff has fun enough at the job to make the industry worth solving a problem and building Plaintiff's own to go with other areas Plaintiff is building towards.

41. Plaintiff reaffirms running ads for employment more than fifteen minutes away from Entity with no phone in break area for personal use in order to provide cover for reporting problems or finding means out of there by using drawing power for customers when breaching agreements from Restaurant employment to Blackjack Department jeopardized health and safety for not being able to report any breaches in RICO Laws or Compact so Tribe was not held responsible to pay out correct Labor standard of wages by not having to authenticate table and tip drop counts with dealers, for individual amounts or counterfeiting claims nor responsible for Plaintiff's security going after such pursuits so she could collect correct labor wages after entering into employment and finding out rules and lapses in policies with Entity until after full employment of working and has more invested time and monies from elsewhere.

42. Defendant has more wage standards asking Plaintiff to work for free after going through training for Blackjack Department and taking cut in pay while training from transfer or Plaintiff is required to use own earnings to leave and forfeit any gains from working elsewhere by not staying for promotions and bonuses as incentive.

43. Defendant does not pay wage standard according to other labor standards set in other work places used by other industries to set standards or existing same industries so Plaintiff can not afford suit upon entering or leave without hospital care plan for a suit to collect proper earnings after training in Blackjack Department after taking cut in pay and has more money invested to preventing reporting problems to make complaint for wages without promotion monies for means.

44. Defendant does not have on hand procedures that work for safe identifying or reporting of counterfeit monies which requires Plaintiff to use hospital plan instead

of being able to have means to sue for appropriate wages and be able to collect appropriate earnings without being called crazy no evidence available and be subject to any skimming in accounting.

45. Defendant retains no proof of evidence for authentication systems and is required as insurance allowing lawsuits to interfere with business by not required to do so for means to be able to prevent lawsuits or investigations as long as they are meeting set wages but are given time to destroy evidence to make Rico Laws none existent without going to a hospital as payment for reporting problems and kept drugged and unable to sue for proper earnings.

46. Plaintiff was assuming house gambling risks as an employee owner which was not in the agreement and does not agree to marry for going to work there as Plaintiff is not a registered Native American.

47. Plaintiffs denied rights to ask for proof of accounting systems or authentication of monies by needing supports by using substandard wage levels to prevent lawsuits or Rico Law breaches. but is unable to collect appropriate labor wage standards and understands these are needs that must be done on a large scale to benefit others not just Plaintiff in order for wage scales to be worth a Government Agency time. Plaintiff stays to seek every angle of problem before going to court.

48. Defendants, and Compact for gaming, and EEOC EOE cooperate with one another to prevent no to change to labor wage standards using breach allowances in laws to insure RICO Laws are not carried out or prevented by making wages same per employee not output from occurring in the workplace or other slave labor laws under Article 1 for Plaintiffs labor rights for appropriate wages not to be set. Plaintiff does not do drugs and understands she would be interfering with any trafficking on Casino Reservation land for any there expecting to be cooperative in order to keep wages below standard by being allowed to compete on business land for it and Plaintiff's safety is jeopardy for refusal to do just be a nark for police to keep wages low on Casino lands,

49. Defendants are protected by allowances for breaches to prevent appropriate wages using pharmaceutical drugs from hospital plans under Title 19 commitment where Plaintiff could have been held indefinitely for reporting counterfeit to prevent

collection of appropriate wages under and without rights to property for working without having to make a changes in labor standards by using such breaches allowances creating bigger Government not correct employee wage standards for more hospitals not appropriate wage standard payouts.

50. Defendant breaches Plaintiff's rights to safety against Rico breaches to be hired as an American Citizen and is not allowed means or procedures to prevent problems and get paid which prevent presentation of facts of counterfeit for court without disrupting Gambling of industry in Demonstration of game. Defendant understands the risks and is well skilled in areas against this.

51. Court demonstration of games for labor standards is nothing but an entertainment show for the court systems and viewers without payment of Declaration along with Unjust Enrichment is no ongoing back pay along with no rights to future incomes that are no better than filing for complete disability only allowed while getting entertained for it working slavery currently during Declaration topped with not allowed to use filming for Plaintiff's future income elsewhere, but is in fact allowed to be used against Plaintiff to prevent rights for Plaintiff to earn a living in industry.

52. Defendant breaches contract under Compact at Plaintiff expense and expands Casino on Tribal Land instead paying appropriate EEOC EOE standards and uses monies to expand Casino at Plaintiff and fellow employees expense to the determent of Plaintiff instead of diversifying on Reservation to become self sufficient in other areas and banking unused within Casino till co-workers as Plaintiffs could sue for appropriate wages listed in suit.

53. Plaintiff and the Defendant entered into valid contract to make money over mutual customers from Plaintiff's other job which would prevent complete folding of other industry as the Casino became a viable entertainment opponent in order for both to exist unless it is at Plaintiff's expense. Defendant breaches agreement with Comps during prime time forcing Plaintiff move into Blackjack Department.

54. Entity removed leasing rights in Restaurant with no separate entrance added. Entity's entire income, requiring Plaintiffs to go through Blackjack Department to solve problems of inappropriate monies that were passed there as well that would leak over and interfere with leasing ability to maintain a higher Entity income but

not a Restaurant income to be maintained for retirement by allowing disturbing prime time incomes with Comps that have no time set for when Patrons are allowed to use them by refusing or ignoring using other amenities and means available during those prime times. This is forcing problems solved without being offered a wage for a healthy life while solving it forcing over time so Plaintiff's life is jeopardy over it while getting through to warrant forced hospital stays not court Due Process making it worthless to solve or no means for it.

55. During employment Entity did not offer maintenance of activity's health for topics for which Plaintiff was able to converse with customers over to maintain prior health and circulate money for those needs to maintain entertaining such customers for Plaintiff to enjoy working or have health for to continue to attract such customers.

56. Defendant demands work be done by Plaintiff's at other than work done at Entity by Supervisor's screaming at Plaintiff in front of customers under surveillance so Plaintiff has no one to complain too.  Defendant is then able to prioritizes decreasing Plaintiffs assets from other job without wage increase from Defendant and has insured Plaintiffs cannot go back through other job hired at with wage agreement so Defendant has enough means and funds to re-coup losses and does not have to negotiate contract to make money with Plaintiffs at Entity and seeks for Plaintiffs not to be able to make money with nor at any other Employment Plaintiff is employed at by decreasing their assets as well expecting them to cooperate for use without Payment to Plaintiff for work done expecting rights to facility at Plaintiffs expense.

57. Defendant retaliates when services are not given priority to Him from Plaintiffs other job and Plaintiff not being pressured enough by filming Plaintiff for customer service when Plaintiff refuses to cooperate with other job and retaliates back claiming wages only are due and not even with their use of filming to increase employees and Supervisors wages for the depletion of assets by default not having to promote or amend contracts when employee(s) have ability to increase Entity's worth from assets obtained at other jobs for Plaintiff's profits instead of Supervisor elsewhere viewing giving promotion or adjustment in wages for the verbal onset

due to a man that just wanted to go golfing and needed some time off for it but Plaintiff was too busy there to help anyone for Him to get that time and work done for Him and so was Plaintiffs other job from Plaintiffs work effort there and had to refuse to cooperate with none paid work efforts there in order for Plaintiff to protect any other incomes and assets elsewhere for Entity to use at Plaintiffs expense while making money from them instead of Supervisors reporting screaming disrupting and not being able to get Plaintiff to work elsewhere cooperatively with no pay extra at either place to make up for gas mileage even being there rather to help Him in the first place or His customers and how it was handled placing Plaintiffs body on the line for a hospital only plan leaving instead of an Entity having to do anything on it's own towards wages to prove the point.

58. Defendant uses restaurant staff to acquire funds for Casino Breaches Fire at Will means with no way to go home other than through a hospital, jail, or transfer. Plaintiff chooses to transfer to see things through to recover losses all the way back to Fire at Will contract that is not intended for the means of an Entity to gain property from worker's. as their gamblers with no immediate stock available to workers.

59. Defendant does not institute accounting format or comp policy's in Restaurant for Plaintiff to make money after transferring to Blackjack Department to go back through Restaurant for means to leave or sue from but fires Management leaser that hired Plaintiff and Plaintiff is unable to recover losses by previous leaser over Management by not being able to go back through Restaurant Department and decides to hire employees to run the restaurant the same way even though Plaintiff has time and money invested not to continue and see matters through to collect damages by having to stay in Blackjack Department and can not leave through Department prior to firing.

60. Defendant breached a Fire at Will contract without additional consideration of filming and or pictures of Plaintiffs for training Superior's violating Equal Opportunity Laws when hired as an American Citizen contract originally sign that was intended for each party to have means to quit without notice safely to preserve competition after forcing change of Departments for no Equal Opportunity Laws

and violating Plaintiff's rights to go home and open up Plaintiff's own business using taped knowledge training others to insure competition against Plaintiff's self and used Defendants employees against Plaintiff so Plaintiff was denied rights to earn a living as a self employed Entity in order to have rights to a Fire at Will clause safely leaving Entity by training Superiors for Plaintiff to be required to compete against Plaintiff's self breaching rights to be hired as an American Citizen by allowing forced transfers from breaching contract of not allowed to make money with Entity as if Plaintiff were already working from jail as a home and was required too return there but did not give an incarcerated address on application.

61. Defendant does not give Plaintiff notice or request permission for usage after Plaintiff refused to sign but tapes and uses for training with no pay to American and Native Americans Supervisors, breaching agreement there to make money.

62. .Defendant breaches Compact to receive training contract by training Superiors that are not Native American with pictures and or filming of Superiors and does not require co-workers to keep up with Plaintiff whose work effort and intake are pooled to decrease wages of  Plaintiffs and Entity incomes filing wage suits that have oppressed Plaintiff and others with filming benefiting elsewhere through knowledge of Superiors trained with it requiring Plaintiff to partner for goals in the Casino Industry less than what Plaintiff had a right too or would agree too. .Violating Plaintiff was there to make money contract before problems occurred in Restaurant or Blackjack Departments.

63. Defendant breaches contract for training Superiors which has a high turn over rate for advancements to work elsewhere and not Entities income increase for services in Blackjack Department using outside products not Entity's and Partners and trains employees for customer service for them not Entity's services or products and co-workers for Plaintiff's and others shared responsibility to sustain or increase wages by giving opportunity outside Casino only to those who did not earn as much for Casino to be able to be able collect wages from Casino with less output expenses on job for a no EO between co-workers and Plaintiff leaving Casino that did not go through Fire at Will area of annexed property. Entity insures none collection of correct wage standards by building on forcing employees to look

elsewhere for same wage jobs locking their money up in their Casino. Plaintiff is now forced to take collateral from it or lower payment schedule in lawsuit.

64. Breaches contract for Gaming and EO for Defendant and uses training tapes for point system giving away products using training tapes to treat Entity as Charity with no payment to workers as if it were a Monastery or Convent holding Charity games with prizes.  Making players believe they were not going to be able to win any hands coming so they were better off playing for Charity with prizes giving the gaming industry a none win able game attitude and treating Plaintiff as a Nun without pay.

65. Defendant filmed Plaintiff without permission for use to make money without Plaintiff being allowed to earn a living at Entity with others to prevent Plaintiff rights to seek work successfully elsewhere successfully without help from hospital care plans capping Plaintiff's potential for outside work including in the restaurant business with tips under others by filming and using tapes against Plaintiff that breaches original contract for hire under Restaurant and EEOC Laws.

66. Defendant refused to co-operate in safety and compliance with Plaintiffs handling cash at Entity and was terminated for complaint of it when they did not get back to Plaintiff with an answer for complaints and was not concerned about the Plaintiff safety getting home expecting Plaintiff to use outside services that were ignoring blatant labor standards for wages.

67. Defendant does not provide means and procedures for safely handling cash as problems occur in order for Defendant not to be able to claim spreading unsubstantiated rumors when discussing problems with co-workers of Entity but not of what the rumor was on firing slip at any time before arrests can be made without witnesses and evidence destroyed and is not interested in Plaintiff's input for compliance with State or Federal Laws in place for different and their rights to force Plaintiffs to accept counterfeit monies for work to oppress wages for refusal to allow viable industry opponents starting their own business or working elsewhere and does not make adjustments or amendments to contract with complaints from Plaintiffs at any time through Plaintiff's employment or after of any findings from investigations of firing.

68. Plaintiff jumped in school to find means for suits and found classes like time management asking for school goals and personal life agenda's while teaching beliefs of death only plans in Economics were counter-productive and not of Plaintiff's to be teaching or expecting payment.

69. Plaintiff was then committed for complaint at after suffering sleep deprivation and trauma over schooling and was drugged under Title 19 commitment plan beyond functioning to write a lawsuit. Breaching EO laws and Tribe paying Federal taxes for such with Plaintiffs earnings.

70. Defendant jeopardizes health and safety of both parties by not allowing Plaintiffs paid input of needs for means to set and use on hand for safe procedures of money handling including at firing with no pay or film given to Plaintiff.

71. Defendants jeopardizes currant safety and health when Plaintiff is not allowed interaction with security to notify and discuss with them any problems of counterfeiting going on and no hand procedures are authorized to notify security of problems on table that cannot be identified by camera or Floor personnel and violates handbook doing so with no means of getting paid for it after being expected to allow filming with no pay

72. Defendant offers no maintenance to any retirement plans without Title 19 commitments and not being able to earn a living by them prescribing drugs for false happiness that cause health hazards to Plaintiffs with lack of activity or activities in which Plaintiff would not normally do and does not like in order for Defendant to earn a living by making Plaintiff miserable and unhealthy during for patrons to come in that hold stocks.

73. Plaintiffs with prior experience are expected to forfeit by default when showing for employment all assets acquired by working for other companies to them not having to pay correct wage scales using EEOC standards to protect Industry secrets including those complained about by Plaintiff and worked for under Defendant with claims of forfeiture rights by default for just showing and applying but not leaving but taking the job calling it default taking the job for more losses under wage agreements to fund the Casino as if applying for a job with prior experience is a gamble that can not be recovered when there is a problem with the wages that are

not required to cooperate to correct using Government standards.

74. Defendant breaches contract filming without pay to Plaintiffs disrupting knowledge for other Employer in order for employee(s) rights and ability to hold two jobs in unrelated entertainment industries against Plaintiffs other employer at Plaintiffs expense which is Plaintiff's Mother so Plaintiff is directly affected all the way to Her home by loss housing over head and is required to downsize after employment to accommodate Defendant as an employers needs not offers for work by not having to obey gambling limits to family without correct wage payments to Plaintiff but expects to retain rights to work efforts from Plaintiffs family with having to pay Plaintiff. I didn't notice a sign anywhere that said work out of jail for everyone go up required.

75. Defendant breaches implied contract opening of paid positions for training and promotions with paid employees under those Departments but does not offer EEOC for newcomers in other departments contributing to their Department so Plaintiff is discriminated by promotions Departments for training against Plaintiffs with filming that took place not to be able to reciprocate any earnings back and forth for other industries they have credits in and are employed at or with by payment under those Departments but was denied by working in Blackjack Department to Plaintiff with equal pay not effort output pay and getting paid to further expect rights to deplete Plaintiff's assets by default expecting Plaintiffs to be work for free for those Department workers claiming rights to it by default using substandard wages,

76. Plaintiff's Argument for prior existing family rights from a forced underage marriage not to be forced into Inter-racial marriage for their safety is ignored by Tribe and Government not having to pay correct wages and force bad relationships over work effort preformed but unpaid supporting none working employees at Casino in-between turnovers.  (The inability to be able to turn around into a prior position to leave by was like showing up for work one day pregnant and saying look I'm three months pregnant from a prior department and job changing management so you took away my rights to support the kid when you closed the department I was working in after I transferred and didn't know I was pregnant but know you don't

want to support my rights why claiming default showing to fill out an application that made no provisions for prior experience. And now you want my kid too to be sacrificed for you from a prior marriage too? For not having to pay State taxes for working here with wage only applications to experienced personnel? ) I don't have plans to stop having children ever and need to sacrifice them. I have different beliefs then you all not to require death, celibacy, just sex, or no children. Paragraph 20 under common to all parties three month's into job with no Amendments offered to Americans for rights not based on Religious or sexual orientation interfering with rights to a family for working and denied earnings for it.

77. Plaintiff is not allowed to retain two jobs under EOE application originally filed in order for Promotions Defendant to receive free filming for training by default claiming Entity's rights to follow Federal laws and not State for a Fire at Will even though they forced the move from a Fire at Will Department to a Federal only Law Department for Plaintiff refusing to give up assets to them for taking a job when not offered an exclusive contract with desired wages and leaving instead having to institute safe money handling procedures and ignores discrimination hiring new employees after Superiors were trained for promotions and training in Department for uses and rights to paid wages in those Departments from Plaintiffs Department without pay. Plaintiffs film Class is discriminated against by Defendant using EEOC laws for wages not work rendered where Plaintiffs is already discriminated and then further okay'd by all Departments required for customer service for advancement using customer service training tape against Plaintiff to receive Unjust Enrichment by default and Title 19 commitment for complaining and ignore Plaintiff's rights to protect against fraudulent monetary transfer to protect against these rights in separate suit which is a hazardous possibility to the industry when a customer is not winning or came to use force products for trade not cash so Plaintiffs and Tribe are subject too Management that does nothing about customers interfere with trade and customers that don't buy their products before they come to the Casino nor afterwards to be subjected for none payment when not stopped preventing pay ability to workers other than at substandard rates. Ending in no rights to work for payments and get fair wages for output story's

winning only at Casino with health hazard to get paid by Government disability programs not standard wages negotiated.

78. Whether Plaintiffs signed contract or not it was done under duress is mute point because film was used to oppress Plaintiff and not to increase Plaintiffs wages as a US Citizen working as a slave on a Reservation.

79 Defendants transfer of payment rights for no new procedures to protect transfers of monies effect all Departments and hide behind none existent laws and no use of Entity's resources to protect against crime and growth of Cities and Courts not protection of natural resources causing health hazards for all when removing a none City preference living persons to the City using none existent substandard wages EEOC laws and Treaty protections of not having to reciprocate Independence that was earned by Plaintiff and expected to be hired and treated as a slave with no rights to happiness from childhood on creating public trafficking of children has led to drug use that prevents growth of creativity of products when Plaintiff is expected to accept counterfeit monies to lower wages and cause health hazards and live a life that doesn't make Plaintiff happy is expecting someone that didn't earn their money to benefit and cause slave labor to others in trade at our expense by offering only what will make them happy in trading by none spend able monies that can't be cashed by Casino for wages. This process insures slavery and only and the medical industry winning when a Government doesn't have to do anything but earn a living from repeated child sex offenders when parents don't do anything about a stolen toy from a child that was communicated to them what to build. All the way to adulthood when it's time to pick up the toy under Statute of Limitations and then placed under Title 19 for refusal to accept counterfeit working to help someone else's business in the mean time

80 .Defendant used none existent RICO Laws expecting Plaintiff to accept substandard printed monies for funds and stay in substandard wages that use child sex to go after such gains of employee(s), knowledge, wealth and goods of Plaintiff without having to go after Plaintiff's that prevented going after Plaintiffs original invention of a water ring float seat for children. This was a toy that was originally manufactured here in the US without permission or payment to Plaintiff

and later manufacturing in China without Plaintiff. Toy manufacture got the toy

how that it is manufactured in China instead of here where we have little or no

trade agreements to protect us when men can hide behind none existent laws

using Title 19? That prevented me from reaching personal goals. Reciting that

Defendant uses court to protect against rights to claim defaults using none existent

laws and means for protection to acquire information and slave labor and

relationships here in the United States under the to protect the vietnam draft

recruiting child labor in bars for children to be sexually abused while patrons are

allowed to steal toy child slave labor expense and marriages.

81. Defendant secures properties when Plaintiffs is not allowed payment to set new

procedures for handling monies for Plaintiffs rights to protect income from filming

and other co-workers besides Native American that would receive knowledge

under the terms of employment of other's not just Native American's when Plaintiffs

is thrown into hospital over family not being able to support Plaintiff during

Complaint filing by claiming default for having worked for them and Plaintiff given

Title 19 instead as an income when family forces sale of property over Plaintiff lack

of income and being drugged to write suit self from Title 19 commitments that led

to a car accident trying to drive on medications in order to maintain property while

getting through while unable to file lawsuit and could not find attorney.

82. Entity violated amount set in Compact for its right to earn with a Patron in a given

year not paying out wages to Plaintiffs and accepting such patronage using none

exacting accounting skills and tracking clientele, example of no driver's license or

other ID required to enter and or play to get addicted and proof within Plaintiff's

own family banking at Casino spending more than amount set in Compact allowed

using credit cards..

83. None permission and authorization for none payment discriminates while

registered Tribal members earn living from while Plaintiff is not a registered Native

American are not required but is denied rights to earn a living.

84. The Fire at Will was a shared responsibility agreement that was ignored when

Plaintiff saw whistle blower problems and or over Entity's rights to refuse payment

for compliance and safety handling money for customer service filming and

pictures but was held over under hospital plans over extensive work and car accident injury's to recover interfering with duty to be able to bring forth knowledge and solution of events for court timely.  Making a Fire at Will policy look more appropriate not having to change policy's or bring about laws to prevent re-occurrences also on Reservation Land and not just from a forced transfer to work. Prioritizing a Native Americans rights to leave Tribe using a suit for the problem to continue once they leave the Tribe with the lawsuits off Reservation by forcing transfers to Casino's using annexed property's.

85.  Fire at Will policy does not solve problem for Plaintiff and others to have safe incomes when Casino's are allowed to continue with the root problem that no one wants to solve when they can live from one lawsuit to the next  lawsuits only to collect wages so nothing gets solved to make suits worth while when you can go home and print money for trade between each other rather than me having to put up substandard wages for poor quality that I can't spend for helping you and not having to work in Cleveland for the Government and expect rights to steal from my work efforts beginning with childhood to acquire slave labor that can't be fought against in court without your cooperation for having created too low of wage standards that never brought about the return of my wages for being creative sitting on a bench collecting when a manufacture is allowed to steal just you can get help rather than helping a child and trying to kill them so you aren't worth helping as adults to the point my daughter can't get out of bed without doing drugs to be near you people with your child sex crime release programs for preference for incomes by allowing goods for manufacturing stolen from developers in order to get help even if it means a jail cell roof over your head planning to expect families to drag us as baby's before courts like they we are for sale to whatever next bidder showing us off there when you couldn't get a free ride jail stay from stealing to manufacture when the Doctor wasn't allowed to adopt me in the hospital at birth to give Him help.

86  The State whistle blower laws protect transgender sexual relations using funds for hospital plans for a sex change using a Doctor and does not protect Plaintiff's rights to a family with a husband for Plaintiffs rights after leaving .too have other

than self breeding so it isn't worth coming back and putting developments on the market yet alone helping anyone so it isn't worth coming back for any reason for them being stupid enough to cry for help with nothing to offer back in return by paying substandard wages. So they can breed some whatever under there's for an animal breed show for the company to get rich by is better to leave my property to a pet's grave next to the bone He dug up that they buried from a transgender that had an operation and tied up the funds for it for having prevented women's rights to be with men for reasoning and not some whatever under someone else's plan needing just an animal breed show for it.

87. Plaintiff's customer attraction was not maintained by Entity including activity for it during employment over too low of wages and diminishing health problems from it including during hospitalizations and during lawsuit preparation along with no rights to Holiday's in order to file in timely manner

88. Plaintiff has been damaged minimum prove able in demonstration of game 112 Million Nationally and Inter-Nationally

**COURT II UNJUST ENRICHMENT.**

89   Plaintiff restates and reaffirms, the above paragraphs and by reaffirming them. Defendant gained Unjust Enrichment before Declaratory bringing lawsuit forth.

90. Requests for filming and pictures were made while Plaintiff was under duress over lack of laws, procedures, and policies for rights to negotiate contract after a forced transfer was made by Management using Comps.

91. Defendant gained customers without payment to Plaintiffs as Superiors transferred into outside jobs with knowledge and received customers back from outside employers of Superiors from filming and substandard wages..

92. Defendant made money from Plaintiff's health and safety being lowered from not paying or allowing input of what was taken and used for filming or pictures.

93. Defendant cooperated and hired new parties to replace Plaintiffs refusing to provide or allow input for safety and compliance handling cash or train new employees using training tapes or new policies and procedures and go unpaid.

94. Defendant does not make amendments to contracts to prevent criminal activity within work place by offering paid contracts for filming and pictures or new

procedures and infringes on Plaintiff's Religious beliefs

95.  Defendant jeopardizes health and safety from none payment of filming requiring Plaintiff to rely on others who then seek payment at the Casino or pass Plaintiffs counterfeit monies and is forced to rely on them leaving Casino to be abused by them while receiving enrichment of filming from them and the Plaintiff's deterioration and loss of assets from none payment work efforts using no in house means of safety or authentication to pursue and prevent parties from harming Plaintiffs in order to insure filming is  paid too  Plaintiff must seek whistleblower change of name for safety or hospital means to insure

96.  Defendant Is correct in claims of "Spreading unsubstantiated rumors" at firing when all counterfeit monies taken in had to be laundered out when they weren't turned in over no safe policies, procedures and authentication after it when discussing it with anyone.

97.  Defendant receives unjust enrichment cooperating with Whistle blower hospital plans at Plaintiff's expense.

98. Plaintiffs has been damaged in the excess of 112 Million over Casino Nationally not allowed wages for skilled labor proof using accounting systems and to be able to use Fire at Will standards to seek work elsewhere without public knowledge to protect plaintiff's rights to work according to State Compacts of minimum wage standards with no rights to prove skills in house in order to seek work elsewhere using skills.

**Declaratory Judgment**

99.  Plaintiffs restates the above paragraphs and, by restating reaffirms them.

100. The Application and Acknowledgement form for termination that the Defendant provided to Plaintiff upon Firing was not supported by consideration of means for Plaintiffs to correct situation with paid input.

101. Clauses or references in contract to hire do not incorporate "Terms and Conditions" are illusive or none existent for unforeseen problems which may occur on job for Plaintiffs to receive a fair wage bringing forth any knowledge.

102. Defendant relies on Government convenience to jeopardize the health and safety of Plaintiffs to the point Plaintiffs is expected to relinquish name and transfer

location for safety rather offers Terms and Conditions with amendments.

103. Defendant requires Plaintiffs to relinquish trade training to prove points in court to others for collection of earnings without payment for just wrongful termination for more unpaid wages to be used against Plaintiff.

104. Plaintiffs is entitled to Declaratory Judgment that the application and workers handbook for procedures does not acknowledge a Fire at Will clause And is ignored during firing and does not provide means, amendments, or allowance when fired to seek payment for training tapes nor to correct contract for handling inappropriate cash with further procedures to meet Plaintiffs needs nor right to increase Plaintiff's pay by Entity for rights to film use safety and compliance or training for safe money handling which will increase clientele with real money once paying correct labor standards.

105. Defendant therefore cooperates with criminal activity by allowing allowances for it at Plaintiff's expense, calling it spreading unsubstantiated rumors when investigated on my own if I was being targeted.

106. Plaintiffs refusal to sign contract at any point but is still required to go through court to collect wages over not being able to turn around when change of management takes place in restaurant and forced into Reservation Land for work in Blackjack Department due to problems of Management and Government Laws not protecting wages to keep substandard wage levels in Blackjack Department

107. Defendant uses EEOC laws to acquire information and training for rights to secure property and monies by default setting wage standards to low and claims State Law rights using EEOC wage standards to secure education by creating default wage standards of State to acquire information and training for free and at Plaintiffs and classes expense to acquire assets without satisfactory payment or property as punishment.

108. Plaintiffs health suffers from over time that justified Defendant's educational need for filming and is denied health and wellness over uses with earnings and no monies given for dividends towards wages and back pay.

109 Whistle Blowing EEOC Laws for wage standards prevent Plaintiff from access to resources for Plaintiff's beliefs and Plaintiffs denied Inter-national rights to

childhood income and to reach resources for Plaintiff's goals for beliefs in any other manner.

110. Whistle Blower laws using Title 19 commitments did not protect Plaintiff for rights to go after childhood earnings and keep daughter.

111. Title 19 commitment is still slave labor.

112. New Whistle Blower law payment is still slave labor.

113. Whistle blower laws that give Plaintiffs no safe place to call from over Governments blatant denial towards appropriate wage standards is nothing more than away to intimidate and prevent Plaintiffs from filing suits for wages that are kept around just to preserve child abusers in order to acquire gains without having to work for them and steal from those who do forcing unwanted relationships and not giving a damned if a child grows up and commits suicide to preserve laws that protect child sex offenders trying to kill us for these people to keep manufacturing rights to things that they did not invent by negotiating with family that are able to get property's belonging to child developers as long as they keep those rights oppressed from child designers when they are unable to kill a child in order to keep gains.

114. New Whistle blower laws for payment without proof leave openings and gaps in the system placing Plaintiff back in a hospital for so called spreading unsubstantiated rumors without rights to real earnings when Natives require starting means to start fires for "Sweat Lodges" and "Teepee's " fires  to dispose of happily for easy fire starting using extra paper to burn that is unwanted due to no time of their own for advancement by being "so called" self sufficient with no procedures to uphold claims with proof or having to prevent problem over no time due to self sufficiency gained in Gaming Industry  providing means to oppress whites into working on Reservations with no means of ever getting their own to remain employees only using substandard wage levels is just another means for who didn't design products for manufacturing to rights while others get paid to oppress us from them not having to get their own.  These practices have left my daughter subject to them with no hopes and subject to the laws that protect the in order to have rights to oppress.

115. New whistle blower laws to receive payment for call reports of fraudulent or illegal activity allows employees forty minutes of work per hour and call but does not give employees means to call from or an employee receives no break time and jeopardizes health for it and still needs a hospital plan leaving without an employer having to provide phone in break rooms for personal calls in order to make such calls. Company's are calling company usage of phones for personal use none productive as families are kept apart for their gains not a families rights to get their own with reasoning to connect with another using paragraph 128 and parents not having to be responsible for their own children but at the dispense and usage for neighbors only slave labor needs for their rights to fire or dock pay that keep wages too low with their not have to answer for productivity and no rights to a family to get their own using too low of job pay planning and no rights to a family to get their own or added expense not having to buy flat fee plans.

116. Hired as an experienced waitress Plaintiffs was denied rights to maintain her health standard for both self and public for serving a variety of ethnic and cultural needs when Casino was allowed to interrupt prime time wages with none paying customer Comps while writing complaint.

117. Neither Defendant meets the needs of Plaintiffs using any kind of plans that make Whistle Blowers effective for the purposes of reaching Maslow's Hierarchy of needs to say they are capable of making laws or rules for the benefit or service to Plaintiffs when Plaintiff would have to break laws just to accomplish Maslow's Hierarchy of needs even..

118. Defendant denies Plaintiffs rights to health and means for subjects to prevent retaliation by family, neighbors and or public, including healthcare officials when Entity cannot meet Plaintiff's health needs for serving them during and after employment with or without Whistle blower problems making court seem like a gamble going in by company's being able to use "unsubstantiated" and do nothing about it when everyone is able to use Title 19 for payments instead of having to pay real earnings acquiring property by default.

119. Claims of just taping rights for customer service were unjustified by Defendant of Plaintiff that did not have numbers to go with the customer service for it to be of value to the Entity without proof of volume and skill that was different than others and was and is ongoing unpaid work effort being used as slave effort to kill Plaintiff off with it's unauthorized filming against Plaintiff that is counter-productive to Plaintiff under it's usage of filming in order for Defendants to gain and keep monies by default using none existent RICO Laws or uses of them instead of implementing and individual accounting system between dealer and counting area for skill level.

120. Defendants claim to rights to film without pay in order for Plaintiffs to collect wages in court opens up infringement rights by the public to trade secrets or more procedures for court needs surrounding by Plaintiff going unpaid.

!21. Defendant uses unsubstantiated rumors and no in house means to authenticate amount of money being brought in to insure prevention of inaccurate bookkeeping system so a court demonstration of skill level is necessary of amount earned for them to be able to pay lawsuits

122. Plaintiff returns to work in Hinkley, Minnesota in order to have monies to Religious Holiday's and personal health and suffers head on collision while on Title 19 medication and spends years drugged in and out of the hospital unable to sit up more than fifteen minutes at a time while in pain and medicated for it and then goes through the process of being taken off the medication.

123. Plaintiff is due 112 Million

**WHEREFORE,** the Plaintiffs request of this court an order as follows:

1. Declaring that the Defendant has breached its contract with the Plaintiffs and that the Defendant has been unjustly enriched to the determent of the Plaintiffs,

2. .Declaring that the Application to hire, employee handbook, and dismissal papers did not provide means or amend to modify for

3. Awarding the Plaintiffs damages to be proven at trial in excess 56 Million double the fine with discrimination for 112 Million

4. Awarding the Plaintiffs its attorney fees, costs, and disbursements, and

5. For Plaintiffs and Parties relief listed here in that this Court deems just and

equitable.

6. To be proven in court using standards to protect Industry secrets.

7. These standards for Gambling Industry and runs into 100's of Billions of dollar figures  Worldwide that Plaintiff and other's should have the rights to have our futures protected marketing there instead of their courts viewing allowed by our Country's to gain knowledge and without pay or compensation to employees in order to sell us abroad to other Country's.

Angelia R. Konczal Date: _____ By: _____ Angelia R Konczal

210 1/2 N. Main St. Apt. B

Rice Lake, WI 54868(715) 914-9254

**Plaintiff**                          **Represented by Plaintiff**