IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELINA R. KONCZAL,

    Plaintiff,

v.

ST., CROIX CASINO TURTLE LAKE, and
U.S. GOVERNMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-032-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 8/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |