IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
AUG 18 AM 11:05
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Angelia Rebecca Konczal

(Full name of plaintiff(s))

vs

US Government,
St Croix Casino

(Full name of defendant(s))

Case Number: 14-CV-32-wmc
(Supplied by clerk)

## COMPLAINT

### A. JURISDICTION

1. Angelia R. Konczal (Plaintiff), resides at 210 ½ N. Main St Apt B (Address) at (City, State) Rice Lake WI

2. Defendant US Government (Name of First Defendant) is employed as Washington (Position and Title, if any) at USA (Address)

3. Defendant St Croix Casino (Name of Second Defendant) is employed as (Position and Title, if any) at Hwy 8, Turtle Lake WI (Address)

B. CAUSE OF ACTION

On the space provided on the following pages, tell what specific incidents or conversations occurred which led you to believe your constitutional or federal rights have been or are presently being violated. IT IS IMPORTANT THAT THE ALLEGATIONS BE BRIEF, BUT SPECIFIC. Do not cite legal authorities, such as earlier court decisions or laws enacted by the legislature or Congress, to support your lawsuit at this early stage of your case.

Plaintiff received too slippery of monies across table, with no right to recourse as Plaintiff Angelia R. Rouzer whom was forced into unpaid slavery for St. Croix Casino when Tribe filmed Plaintiff without pay after being forced into position by Management entertaining guests during prime time with comps to force Plaintiff to seek employment elsewhere in Casino due to them taking away her means of retirement & getting her own business from it. There is no reasonable excuse for the Tribe to claim "unsubstantiated rumors" if they had intentions of paying filming or correct wages whether deemed right year round and had money to do so without lying about income. Tipping is done by percentage of intake as a standard. As the top tip earner for the Casino

Plaintif was given the most over-time in hours for the casino which supports the fact the Casino was making more than claiming to get out of paying appropriate wages and filming or were laundrying monies which are being fined for other inappropriate conduct #use once acquired rather than Plaintif earnings or use for skimming to insure no infrestegations of earnings in order to collect, which prevents payment of appropriate wages + filming that kept Plaintif in unpaid position rather than advancement, safe leaves, or retirement from either department which priveleges drug funding grusts by using "unsubstantiated rermor" terms rather than agreeing to money readers on tables, and paying wages rather than Plaintif's requirements to share earnings with criminals whom she was oppressed by it with the rights to claim "unsubstant iated ramor" instead of correct earnings at Casino.

(WDW1 rev. 4/07) (Non-Prisoner Complaint)

C. REQUEST FOR RELIEF

1. I __do__ request that I be allowed to commence this action without
   (do, do not)
   prepayment of fees and costs, or security therefor, pursuant to 28 U.S.C. §1915. The attached affidavit of indigency has been completed and is submitted in support of this request for leave to proceed in forma pauperis.

2. In the following space, please indicate exactly what it is you wish this court to do.

Correct Dollar wage standard for US citizens and slavery wage. Implement money reader requirements or no right to claim "unsubstantiated rumors" including to those with overs-time to be taken seriously not hospitalized for earning Casino more than other employees to prevent larry & unjust wages compared to others to prevent their oppression when asked to do over-time. Further

Dated this __14__ day of __August__, 20__14__.

_(Signature)_

210 1/2 N. Main St Apt B
(Street or PO Box)

Rice Lake WI 54868
(City, State Zip Code)

715-914-9254
(Area Code and Phone Number)

Further:

Witnesses are available for Angelia R. Konczal for victim as child without payment for being productive and communicating likes which led to the development of the childrens water-ring float toy that was stolen and manufactured here and later by China during the first year of development from trying out for safety and development needs. As a victim with no one to trust in order to write this suit, available, including parents who did not go after it once it was stolen, I would like also the request of sanctions of sales by China & rights to original development before stolen. Parents such as mine refusing to protect child developments and throwing them into a hospital later to prevent future development of and for attachments led to oppression of plaintif as well as others by allowing us to be sold as slaves to other countries with no rights for other opportunity when subjected to the type of filming plaintif was

unpaid for, to prevent other opportunit for collection when allowed to hide behind "unsubstantiated rumors" rather than paying wages out which would keep Plaintif in slavery forever to them by entering into the manufacturing arena by not having to account or authenicate moneys when being allowed to use "unsubstantiated rumors" for firing without payment of filming and it's return to Plaintif or appropriate wages as a U.S. citizen which need adjusting for us to work productively worldwide without injurys and hospitalizations due to under payment as a US Citizens. The exact names of Defendants have never spoken to Plaintif or allowed knowledge of for suits without help at this time as well as past. Which why the Department of Labor was not specied to insure help & collections other than for filming that was never paid for when they are allowed to claim "unsub stantiated rumors"

of Wisconsin's "Fire At Will" no reason for firing in order to prevent problem from following when seeking work after firing and get paid that we are believed or employers are not held responsible in future for paying in counterfeit. When we are so easily dismissed and discredited with no means to come forth without being accused ourselves by being productive at home while employed having such technology. This prevents my rights to opportunity during and after employment for other's with such allowances for firings using "unsubstantiated rumors" which requires a hospital stay for an income to write this then just to collect filming wages & films returned. I did not sign an agreement to work for a hospital stay to work! And do not agree with working to go into hospital. Request for change of venue to get away from this states main income of medical industry in order to

seek wages and compensation in order to lead a productive happy life in the future.

See clerk notes for further laws and explanations needed. Love the climate and terrain but not staying or coming back for if I have to need the medical industry for being productive so I can't enjoy it. I'm not your workhorse to put up with a multitude of consecutive grievances that led the problem in order for a company to go unchecked so they don't have to put an appropriate value on work effort or expect the right to refuse without loosing my job while looking for work elsewhere allowing them laws that courts and system did not use to catch them with unauthorised or place a value on before its removal.