IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANGELIA R. KONCZAL,

                Plaintiff,              OPINION AND ORDER

    v.

                                         14-cv-032-wmc

ST. CROIX CASINO TURTLE LAKE, and
U.S. GOVERNMENT,

                Defendants.

---

On August 12, 2014, the court dismissed *pro se* plaintiff Angelia R. Konczal's complaint against St. Croix Casino Turtle Lake and the U.S. Government for lack of subject matter jurisdiction and directed the clerk of court to return her $400 filing fee. (Dkt. #4.)  Konczal responded to this court's order by filing a proposed amended complaint (dkt. #6), a letter to the clerk which appears to request a change of venue and contains additional allegations (dkt. #8), and a motion for leave to proceed in forma pauperis (dkt. #7).  Once again, the court is unable to discern a distinct understandable claim from plaintiffs' filings.  As such, the court will deny plaintiff leave to proceed in forma pauperis, will dismiss her complaint, and direct the clerk of court to close this case.

As previously explained to plaintiff, a district court must dismiss a complaint for lack of subject matter jurisdiction if the claims stated are "so insubstantial, implausible, foreclosed by prior decisions of [the United States Supreme Court], or otherwise completely devoid of merit as not to involve a federal controversy." *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998) (citing *Oneida Indian Nation of N.Y. v. Cnty. of Oneida*, 414 U.S. 661, 666 (1974)).  While plaintiff appears frustrated by this court's

inability to understand her claim or claims, the court fails to follow the allegations in her complaint and urges plaintiff to consider contacting an attorney to discuss her allegations and craft possible claims.

ORDER

IT IS ORDERED that:

1) plaintiff Angelia R. Konczal's request to proceed in forma pauperis (dkt. #7) is DENIED;

2) plaintiff's amended complaint (dkt. #6) is DISMISSED for lack of subject matter jurisdiction; and

3) the clerk of court is directed to close this case.

Entered this 18th day of November, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge