IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELIA R. KONCZAL,

    Plaintiff,

v.

ST. CROIX CASINO TURTLE LAKE
AND US. GOVERNMENT,

    Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 14-cv-032-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Angelia Konczal's amended complaint for lack of subject matter jurisdiction.

/s/                                                                          November 18, 2014

Peter Oppeneer, Clerk of Court                              Date